1  Howard Ross Cabot, Bar #006669
2  Christopher S. Coleman, Bar #018287
   Jacob C. Robertson, Bar #024763
3  PERKINS COIE BROWN & BAIN P.A.
   2901 North Central Avenue, Suite 2000
4  Phoenix, Arizona  85012-2788
5  Telephone:  602.351.8000
   Facsimile:  602.648.7000
6  HCabot@perkinscoie.com
7  CColeman@perkinscoie.com
   JRobertson@perkinscoie.com
8
   Attorneys for Defendants
9  *The Vanguard Group, Inc. and Vanguard*
10 *Marketing Corporation*

11                    UNITED STATES DISTRICT COURT

12                         DISTRICT OF ARIZONA

13

14 | Barbara Borchers, as Trustee and as attorney in fact and, and Betty D. Olson, as a Trustee of the Olson Living Trust, | No. 08-02138-PHX-ROS |

15              Plaintiffs,                **VANGUARD MARKETING
                                           CORPORATION'S MOTION TO
16        v.                               DISMISS**

17 The Vanguard Group, Inc. and Vanguard
18 Marketing Corporation,

19              Defendants.

20                              **Motion**

21     Defendant Vanguard Marketing Corporation ("VMC") moves to dismiss

22 Plaintiffs' Complaint against VMC pursuant to Federal Rule of Civil Procedure 12(b)(6)

23 for failure to state a claim.

24                            **Memorandum**

25     VMC should be dismissed because Plaintiffs' Complaint asserts no specific

26 substantive allegations against VMC.   Plaintiffs' Complaint consists of just six

61023-0018/LEGAL14981929.2

1   paragraphs, which collectively allege that Plaintiff Betty Olson's son (not named as a

2   defendant in this action) forged one or more drafts or checks on Plaintiffs' "Vanguard

3   Money Market and brokerage accounts," and that Defendant The Vanguard Group, Inc.

4   failed to detect those forgeries.   Defendant The Vanguard Group, Inc. has filed an

5   answer denying any wrongdoing.

6       Although the Complaint makes one collective reference to VMC and The

7   Vanguard Group, Inc., [*Id.* at ¶ 2], none of the allegations of the Complaint are based

8   upon or otherwise implicate any alleged conduct by VMC, nor would VMC have had

9   any involvement in any administration of Plaintiffs' accounts.   Accordingly, VMC

10  requests that it be dismissed from this case.   *See, e.g., Miller v. Massi*, 2007 WL

11  841397, *1 (D.Ariz. 2007) (dismissing claims against certain defendants where the

12  factual allegations underlying the claims did not apply to those defendants).

13  Dated:  December 1, 2008                **PERKINS COIE BROWN & BAIN P.A.**

14

15                                          By:/Jacob C. Robertson
                                               Howard Ross Cabot, Bar #006669
16                                             Christopher S. Coleman, Bar #018287
                                               Jacob C. Robertson, Bar #024763
17                                             2901 North Central Avenue
                                               Suite 2000
18                                             Phoenix, Arizona  85012-2788
                                               Telephone:  602.351.8000
19                                             Facsimile:  602.648.7000
                                               HCabot@perkinscoie.com
20                                             JRobertson@perkinscoie.com

21

22                                          Attorneys for Defendants
                                            *The Vanguard Group, Inc. and Vanguard*
23                                          *Marketing Corporation*

24

25

26

61023-0018/LEGAL14981929.2              -2-

**CERTIFICATE OF SERVICE**

☒      I hereby certify that on December 1, 2008, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Philip J. Nathanson
> The Nathanson Law Firm
> 8765 East Bell Road - Suite 110
> Scottsdale, Arizona  85260
> philip@nathanlawfirm.com
> Attorney for Plaintiffs

☐      I hereby certify that on _____, 2008, I served the attached document by [first class mail/hand delivery] on Judge _____, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

☐      I hereby certify that on _____, 2008, I served the attached document by [facsimile/first class mail/hand delivery] on the following, who are not registered participants of the CM/ECF System:  [insert attorneys' names and addresses here]

s/ Charlotte Couch