1  Howard Ross Cabot, Bar #006669
2  Christopher S. Coleman, Bar #018287
   Jacob C. Robertson, Bar #024763
3  PERKINS COIE BROWN & BAIN P.A.
   2901 North Central Avenue, Suite 2000
4  Phoenix, Arizona  85012-2788
5  Telephone:  602.351.8000
   Facsimile:  602.648.7000
6  HCabot@perkinscoie.com
   CColeman@perkinscoie.com
7  JRobertson@perkinscoie.com
8
   Attorneys for Defendants
9    *The Vanguard Group, Inc. and*
     *Vanguard Marketing Corporation*
10

11             UNITED STATES DISTRICT COURT
12                  DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Borchers, as Trustee and as attorney in fact and, and Betty D. Olson, as a Trustee of the Olson Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>The Vanguard Group, Inc. and Vanguard Marketing Corporation,<br><br>Defendants. | No. CV08-02138-PHX-ROS<br><br>**ANSWER OF VANGUARD MARKETING CORPORATION** |

   Defendant Vanguard Marketing Corporation responds to the allegations in Plaintiffs Barbara Borchers and Betty D. Olson's Complaint as follows:

   1.   Vanguard Marketing Corporation states that it lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 1, and on that basis denies those allegations.

2. Vanguard Marketing Corporation admits that it is incorporated in Pennsylvania, that it is authorized to conduct business in Arizona, and that it conducts business in Arizona. To the extent that the allegations are directed at Vanguard Marketing Corporation, Vanguard Marketing Corporation states that the remaining allegations of Paragraph 2 are vague, and on that basis denies the remaining allegations of Paragraph 2.

3. Vanguard Marketing Corporation denies that Plaintiffs opened and maintained money market and brokerage accounts with Vanguard Marketing Corporation and denies the remaining allegations of Paragraph 3.

4. Vanguard Marketing Corporation states that it lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 4, and on that basis denies those allegations. To the extent that the allegations of Paragraph 4 are intended or have the effect of alleging any wrongful conduct on the part of Vanguard Marketing Corporation, any such allegations are expressly denied.

5. Vanguard Marketing Corporation denies the allegations of Paragraph 5.

6. Vanguard Marketing Corporation denies the allegations of Paragraph 6.

7. Vanguard Marketing Corporation denies each and every allegation that is not specifically admitted in Paragraphs 1-6 above.

## Affirmative Defenses

Vanguard Marketing Corporation states the following defenses to the causes of action asserted in the Complaint without assuming the burden of proof where such a burden is otherwise on Plaintiffs pursuant to applicable substantive procedural law. In addition, Vanguard Marketing Corporation notes that Plaintiffs fail to identify any cognizable cause(s) of action in the Complaint, and Vanguard Marketing Corporation is therefore not on notice of any causes of action that Plaintiffs may intend to have alleged against Vanguard Marketing Corporation. As a result, Vanguard Marketing Corporation

reserves the right to assert additional affirmative defenses as discovery proceeds in this matter.

  A. Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

  B. Plaintiffs lack standing to assert claims against Vanguard Marketing Corporation.

  C. Plaintiffs' claims are barred, in whole or in part, by the applicable statute(s) of limitations.

  D. Plaintiffs' claims against Vanguard Marketing Corporation are barred because Plaintiffs were not injured by reason of any action by Vanguard Marketing Corporation.

  E. Plaintiffs' claims are barred in whole or in part by the doctrines of laches and unclean hands.

  F. Plaintiffs' claims are barred in whole or in part under Arizona's Uniform Contribution Among Tortfeasors Act, A.R.S. § 12-2501, *et seq.* because any injury or damages allegedly sustained by Plaintiffs were caused by or contributed to by Plaintiffs themselves and/or other parties at fault and therefore should be apportioned to the Plaintiffs and such other parties at fault.

  G. Plaintiffs' claims are barred in whole or in part because Plaintiffs' claimed injuries and damages were not legally or proximately caused by any acts or omissions of Vanguard Marketing Corporation and/or were caused, if at all, by the conduct of third parties including, without limitation, the prior, intervening or superseding conduct of such third parties.

  H. Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to mitigate damages and/or failure to take necessary steps to avoid preventable consequences.

| | |
|---|---|
| Dated: July 31, 2009 | **PERKINS COIE BROWN & BAIN P.A.** |
| | By:s/ Jacob C. Robertson |
| |    Howard Ross Cabot, Bar #006669 |
| |    Christopher S. Coleman, Bar #018287 |
| |    Jacob C. Robertson, Bar #024763 |
| |    2901 North Central Avenue, Suite 2000 |
| |    Phoenix, Arizona  85012-2788 |
| | Attorneys for Defendants |
| |  *The Vanguard Group, Inc. and* |
| |  *Vanguard Marketing Corporation* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2009, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

> Philip J. Nathanson [*philipj@nathanlawfirm.com*]
> The Nathanson Law Firm
> 8765 East Bell Road, Suite 110
> Scottsdale, Arizona  85260
> *Counsel for Plaintiffs*

s/ Marla Mercier