IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Borchers, et al., | CV-08-2138-PHX-ROS |
| Plaintiffs, | **ORDER** |
| vs. | |
| The Vanguard Group, Inc., et al., | |
| Defendants. | |

Plaintiff seeks leave to file an amended complaint. Defendants do not oppose the request.

Accordingly,

**IT IS ORDERED** the Motion for Leave to File Amended Complaint (Doc. 25) is **GRANTED**. The Clerk shall file the amended complaint attached as Exhibit 2 to Doc. 25.

DATED this 29th day of January, 2010.

Roslyn O. Silver
United States District Judge