PHILIP J. NATHANSON   Arizona State Bar #013624
THE NATHANSON LAWE FIRM
8765 E. Bell Rd. – Suite 101
Scottsdale, AZ 85260
(480) 419-2578
(480) 419-4136

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| BARBARA BORCHERS and JERALD S. CHESLER, as TRUSTEE OF THE BETTY D. OLSON REVOCABLE TRUST, and THE OLSON LIVING TRUST, <br><br>Plaintiffs,<br><br>V.<br><br>THE VANGUARD GROUP, INC., and VANGUARD MARKETING CORPORATION,<br><br>Defendants. | Case No.  CV08-02138-PHX-ROS<br><br>**PLAINTIFFS' AMENDED COMPLAINT**<br><br>**Plaintiffs Demand a Jury Trial** |

Plaintiffs, BARBARA BORCHERS and JERALD S. CHESLER, a Trustee of the OLSON LIVING TRUST and the BETTY D. OLSON REVOCABLE TRUST, by their attorney, PHILIP J. NATHANSON of THE NATHANSON LAW FIRM, complain against defendants, THE VANGUARD GROUP INC., a foreign corporation, and VANGUARD MARKETING CORPORATION.  In support thereof, plaintiffs allege as follows:

1. Plaintiff, BARBARA BORCHERS, is a Trustee of the OLSON LIVING TRUST, and she had a power of attorney authorizing her to deal with, manage and control the financial affairs of her mother, BETTY D. OLSON.  BETTY D. OLSON was also a Trustee of the OLSON LIVING TRUST.  BETTY D. OLSON died on March 19, 2009.

2. Plaintiff JERALD S. CHESLER, is a Trustee of the OLSON LIVING TRUST and a Trustee of the BETTY D. OLSON REVOCABLE TRUST.  Mr. Chesler is a citizen of Arizona, who practices law in Carefree, Arizona.

3. Defendants THE VANGUARD GROUP, INC., a foreign corporation, and VANGUARD MARKETING CORPORATION, a foreign corporation (hereinafter collectively referred to as "THE VANGUARD GROUP"), are corporations that were incorporated in Pennsylvania, and that are authorized to, and have in facts been, conducting business in Phoenix, Maricopa County, Arizona, in the form of operating and managing certain money market funds and brokerage accounts.

4. Plaintiffs the OLSON LIVING TRUST, the BETTY D. OLSON REVOCABLE TRUST and BARBARA BORCHERS opened and maintained certain Vanguard Mutual Fund, Vanguard Money Market and Vanguard brokerage accounts with THE VANGUARD GROUP.  In view of their status, plaintiffs may bring this action to require the defendants to re-credit the accounts, or return the funds to plaintiffs' for the wrongful disbursement of forged checks.

5. While THE VANGUARD GROUP had possession of, and control over, plaintiffs' accounts, said defendants permitted the son of BETTY D. OLSON, Michael Olson, to unlawfully access those accounts, and THE VANGUARD GROUP paid out on drafts and checks in excess of $100,000 that were forged by Michael Olson so that he could obtain funds from those accounts for his own use and benefit.

6. Plaintiffs timely reported the foregoing forgeries and improper access to the VANGUARD GROUP.  However, despite that timely notification, the defendants failed to recredit the accounts, as they were required to do so.

7. Additionally, THE VANGUARD GROUP failed to exercise ordinary care in the processing of the foregoing checks and drafts, and further failed to exercise ordinary care in the management of these accounts, in that said defendants violated the defendants' prescribed procedures and also violated general banking usage. That failure to exerciser ordinary care by THE VANGUARD GROUP substantially contributed to the plaintiffs' loss in connection with the forgeries and other improper access to plaintiffs' accounts.

WHEREFORE, Plaintiffs, BARBARA BORCHERS and JERALD S. CHESLER, a Trustee of the OLSON LIVING TRUST and the BETTY D. OLSON REVOCABLE TRUST, request this Court to enter judgment against defendants, THE VANGUARD GROUP, INC., a foreign corporation, and VANGUARD MARKETING CORPORATION, a foreign corporation, in an amount in excess of $75,000.

BARBARA BORCHERS
JERRY CHESLER as TRUSTEE OF THE BETTY D.
OLSON TRUST and THE OLSON LIVING TRUST

_____
Philip J. Nathanson

Philip J. Nathanson  Arizona State Bar #013624
THE NATHANSON LAW FIRM
8765 E. Bell Rd. –Suite 101
Scottsdale, AZ 85260
(480) 419-2578
(480) 419-4136 (FAX)
philipj@nathansonlawfirm.com