Philip J. Nathanson    Arizona State Bar #013624
THE NATHANSON LAW FIRM
8765 E. Bell Rd. – Suite 101
Scottsdale, AZ  85260
(480) 419-2578
(480) 419-4136
    *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Borchers and Jerald S. Chesler, as Trustee of the Betty D. Olson Revocable Trust and The Olson Living Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>The Vanguard Group, Inc. and Vanguard Marketing Corporation,<br><br>    Defendants. | No. CV08-02138-PHX-ROS<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS.** |

    Plaintiffs, BARBARA BORCHERS and JERALD S. CHESLER, as Trustee of the Betty D. Olson Revocable Trust and The Olson Living Trust, submit this Response to the Statement of Undisputed Facts Filed in Support of the Motion for Summary Judgment filed by Defendants, THE VANGUARD GROUP, INC. and VANGUARD MARKETING CORPORATION (hereinafter "Vanguard"):

    1-9. Admit.

    10. Denied.  See Pltf. SSOF, ¶¶ 2-5, 55-56, 62-63.

    11.  Disputed because of  Pltf. SSOF, ¶¶ 47-49.

1  Dated: December 16, 2010

2

3  **THE NATHANSON LAW FIRM**

4  By:/s/  Philip J. Nathanson

5  Philip J. Nathanson
   8765 East Bell Road, Suite 101
6  Scottsdale, Arizona 85260

7
   *Attorneys for Plaintiffs Barbara Borchers
8  and Jerald S. Chesler, as Trustee of the Betty
   D. Olson Revocable Trust and The Olson
9  Living Trust*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2010, I electronically transmitted the foregoing Response, to the opposing counsel set forth below, using the CM/ECF System for filing and transmittal:

Howard Ross Cabot, Bar #006669
Christopher S. Coleman, Bar #018287
Jacob C. Robertson, Bar #024763
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

By /Philip J. Nathanson/
*Attorneys for Plaintiffs*