Howard Ross Cabot, Bar #006669
Christopher S. Coleman, Bar #018287
Jacob C. Robertson, Bar #024763
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
HCabot@perkinscoie.com
CColeman@perkinscoie.com
JRobertson@perkinscoie.com

*Attorneys for Defendants*
  *The Vanguard Group, Inc. and*
  *Vanguard Marketing Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Borchers, as Trustee and as attorney in fact and, and Jerald S. Chesler, as a Trustee of the Olson Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>The Vanguard Group, Inc. and Vanguard Marketing Corporation,<br><br>Defendants. | No. CV08-02138-PHX-ROS<br><br>**NOTICE OF FIRM NAME CHANGE** |

Effective January 1, 2011, the lawyers who practiced in the name Perkins Coie Brown & Bain P.A. will practice in the name Perkins Coie LLP. All other contact information will remain the same.

Dated: January 6, 2011

**PERKINS COIE** LLP

By: /s/ Jacob C. Robertson
    Howard Ross Cabot
    Christopher S. Coleman
    Jacob C. Robertson
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

*Attorneys for Defendants*
 *The Vanguard Group, Inc. and*
 *Vanguard Marketing Corporation*

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on January 6, 2011, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Philip J. Nathanson [*philipj@nathanlawfirm.com*]
> The Nathanson Law Firm
> 8765 East Bell Road, Suite 110
> Scottsdale, Arizona  85260
> *Counsel for Plaintiffs*

                                   s/ Indy Fitzgerald

LEGAL19894046.1